UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 48339

   JUAN A SAUCEDO
   ARCIDALIA SAUCEDO                            CHAPTER 13

                              JUDGE: JACQUELINE P COX

      Debtor
  SSN XXX-XX-5671    SSN XXX-XX-7572

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
   The case was filed on 10/11/2005 and was confirmed 01/09/2006.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  37.32% from remaining funds.

   The case was paid in full 10/16/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| US BANK NA | CURRENT MORTG | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| *SCHOTTLER & ZUKOSKY | PRIORITY | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS BANK | UNSECURED | 5066.63 | .00 | 1890.82 |
| AMERICAN EXPRESS BANK | UNSECURED | 8643.00 | .00 | 3225.48 |
| AMERICAN EXPRESS BANK | UNSECURED | 3796.18 | .00 | 1416.70 |
| BANK OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| BANK OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| BANK ONE | UNSECURED | NOT FILED | .00 | .00 |
| BANK ONE | UNSECURED | NOT FILED | .00 | .00 |
| BANK ONE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1742.17 | .00 | 650.16 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 439.42 | .00 | 163.99 |
| CENTRAL CREDIT UNION OF | UNSECURED | 1826.00 | .00 | 681.44 |
| LVNV FUNDING LLC | UNSECURED | 879.94 | .00 | 328.38 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1883.32 | .00 | 702.84 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 9376.77 | .00 | 3499.32 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 6552.49 | .00 | 2445.32 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 878.00 | .00 | 327.66 |
| ECAST SETTLEMENT CORP | UNSECURED | 6257.83 | .00 | 2335.36 |
| MARSHALL FIELDS | UNSECURED | 897.20 | .00 | 334.83 |
| ECAST SETTLEMENT CORP | UNSECURED | 5877.69 | .00 | 2193.50 |
| NICOR GAS | UNSECURED | 159.95 | .00 | 59.69 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 4954.84 | .00 | 1849.10 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 5728.13 | .00 | 2137.68 |
| WELLS FARGO FINANCIAL IL | UNSECURED | 642.86 | .00 | 239.91 |
| LVNV FUNDING LLC | SECURED | 195.85 | .00 | 195.85 |
| MARSHALL FIELDS | UNSECURED OTH | 308.66 | .00 | 115.08 |
| *SCHOTTLER & ZUKOSKY | DEBTOR ATTY | 1,975.00 | | 1,975.00 |
| TOM VAUGHN | TRUSTEE | | | 1,696.89 |

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 48339 JUAN A SAUCEDO & ARCIDALIA SAUCEDO

DEBTOR REFUND              REFUND                                    .00

Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                              RECEIPTS          DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                       28,465.00

PRIORITY                                                    .00
SECURED                                                  195.85
UNSECURED                                             24,597.26
ADMINISTRATIVE                                         1,975.00
TRUSTEE COMPENSATION                                   1,696.89
DEBTOR REFUND                                               .00
                           ---------------      ---------------
TOTALS                        28,465.00            28,465.00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 01/27/09           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE